IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| REFINERY MANAGEMENT, LLC, | : | CASE NO. 1:22-cv-00706-TSB |
| | : | |
| Plaintiff, | : | (Judge Timothy S. Black) |
| | : | |
| v. | : | |
| | : | **NOTICE OF APPEARANCE OF** |
| CARBON IQ, INC., d/b/a RUMBY, a | : | **STEPHEN A. WEIGAND** |
| Delaware Corporation, et al., | : | |
| | : | |
| Defendants. | | |

Please take notice that Stephen A. Weigand of Faruki PLL enters his appearance as counsel on behalf of Defendants Carbon IQ, Inc. and Jason Gould in this case.

Respectfully submitted,

/s/ Stephen A. Weigand
Stephen A. Weigand (0083573)
FARUKI PLL
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Telephone: (513) 632-0306
Fax: (513) 632-0319
Email: sweigand@ficlaw.com

*Attorneys for Defendants Carbon IQ, Inc. and Jason Gould*

Joe Carlasare (*pro hac vice* forthcoming)
AMUNDSEN DAVIS LLC
201 North Illinois Street, Suite 1400
Capital Center, South Tower
Indianapolis, IN 46204
Telephone: (312) 894-3309
Fax: (312) 997-1770
Email: jcarlasare@amundsendavislaw.com

*Attorneys for Defendant Jason Gould*

Ryan C. Williams (*pro hac vice* forthcoming)
AKERMAN LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Telephone: (312) 634-5700
Fax: (312) 424-1900
Email: ryan.williams@akerman.com

*Attorneys for Defendant Jason Gould*

**CERTIFICATE OF SERVICE**

I certify that on the 30th day of November, 2022, I electronically filed the foregoing Notice of Appearance of Stephen A. Weigand with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

/s/ Stephen A. Weigand
Stephen A. Weigand

4871-5897-5809.1