IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| REFINERY MANAGEMENT, LLC, | : | CASE NO. 1:22-cv-00706-TSB |
| Plaintiff, | : | (Judge Timothy S. Black) |
| v. | : | **MOTION OF STEPHEN A. WEIGAND FOR ADMISSION OF RYAN CHRISTOPHER WILLIAMS *PRO HAC VICE*** |
| CARBON IQ, INC., d/b/a RUMBY, a Delaware Corporation, et al., | : | |
| Defendants. | : | |
| | : | |

_____

Pursuant to S.D. Ohio Civ. R. 83.3(e), Stephen A. Weigand, attorney for Defendant Jason Gould, moves for an order allowing Ryan Christopher Williams to appear and participate in this matter *pro hac vice* on behalf of Defendant Jason Gould.

Respectfully submitted,

/s/ Stephen A. Weigand
D. Jeffrey Ireland (0010443)
   Trial Attorney
FARUKI PLL
110 N. Main Street, Suite 1600
Dayton, OH  45402
Telephone:  (937) 227-3710
Fax:  (937) 227-3717
Email: djireland@ficlaw.com

Stephen A. Weigand (0083573)
FARUKI PLL
201 East Fifth Street, Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0306
Fax:  (513) 632-0319
Email:  sweigand@ficlaw.com

*Attorneys for Defendant Jason Gould*

Joseph Carlasare (*pro hac vice* forthcoming)
AMUNDSEN DAVIS LLC
201 North Illinois Street, Suite 1400
Capital Center, South Tower
Indianapolis, IN  46204
Telephone:  (312) 894-3309
Fax:  (312) 997-1770
Email:  jcarlasare@admundsendavislaw.com

Ryan C. Williams (*pro hac vice* forthcoming)
AKERMAN LLP
71 South Wacker Drive, 47th Floor
Chicago, IL  60606
Telephone:  (312) 634-5700
Fax:  (312) 424-1900
Email:  ryan.williams@akerman.com

*Attorneys for Defendant Jason Gould*

**MEMORANDUM IN SUPPORT OF MOTION OF STEPHEN A. WEIGAND
FOR ADMISSION OF RYAN CHRISTOPHER WILLIAMS *PRO HAC VICE***

Stephen A. Weigand, attorney for Defendant Jason Gould, moves for an order allowing Ryan Christopher Williams to appear and participate in this matter *pro hac vice* on behalf of Defendant Jason Gould.  Mr. Williams is a member in good standing in the highest court of Illinois and is not eligible for permanent admission to the bar of this Court.  Attached as Exhibit A is a Certificate of Good Standing from Illinois issued on behalf of Ryan Christopher Williams.  While admitted *pro hac vice*, Ryan Christopher Williams agrees to abide by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Ohio.  As required by S.D. Ohio Civ. R. 83.3(e), this motion is accompanied by the tender of a $200.00 fee delivered to the Clerk of Courts.

Stephen A. Weigand, who is a member of the bar of this Court in good standing, will continue to act as attorney in this matter.  For these reasons, the Court should grant this motion and allow Ryan Christopher Williams to participate *pro hac vice.*

Mr. Williams's professional contact information is as follows:

71 South Wacker Drive, 47th Floor
Chicago, IL  60606
Telephone:  (312) 634-5700
Fax:  (312) 424-1900
Email:  ryan.williams@akerman.com

Respectfully submitted,

/s/ Stephen A. Weigand
D. Jeffrey Ireland (0010443)
   Trial Attorney
FARUKI PLL
110 N. Main Street, Suite 1600
Dayton, OH  45402
Telephone:  (937) 227-3710
Fax:  (937) 227-3717
Email: djireland@ficlaw.com

Stephen A. Weigand (0083573)
FARUKI PLL
201 East Fifth Street, Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0306
Fax:  (513) 632-0319
Email:  sweigand@ficlaw.com

*Attorneys for Defendant Jason Gould*

Joseph Carlasare (*pro hac vice* forthcoming)
AMUNDSEN DAVIS LLC
201 North Illinois Street, Suite 1400
Capital Center, South Tower
Indianapolis, IN  46204
Telephone:  (312) 894-3309
Fax:  (312) 997-1770
Email:  jcarlasare@admundsendavislaw.com

Ryan C. Williams (*pro hac vice* forthcoming)
AKERMAN LLP
71 South Wacker Drive, 47th Floor
Chicago, IL  60606
Telephone:  (312) 634-5700
Fax:  (312) 424-1900
Email:  ryan.williams@akerman.com

*Attorneys for Defendant Jason Gould*

**CERTIFICATE OF SERVICE**

I certify that on the 6th day of December, 2022, I electronically filed the foregoing Motion of Stephen A. Weigand for Admission of Ryan Christopher Williams *Pro Hac Vice* with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

Lindsay K. Gerdes, Esq.
H. Toby Schisler, Esq.
Chelsea J Chalk, Esq.
Dinsmore & Shohl, LLP
255 East 5th Street, Ste 1900
Cincinnati, OH 45202
Office: (513) 977-8200
Fax: (513) 977-8141
lindsay.gerdes@dinsmore.com
toby.schisler@dinsmore.com
chelsea.chalk@dinsmore.com

*Attorneys for Plaintiff Refinery Management, LLC*

/s/ Stephen A. Weigand
Stephen A. Weigand

4868-6814-7010.1