IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| REFINERY MANAGEMENT, LLC | : | Case No. 22-cv-00706 |
| Plaintiff | : | |
| | : | Judge Timothy Black |
| vs. | : | |
| CARBON IQ, INC., et al. | : | SUGGESTION OF BANKRUPTCY OF CARBON IQ, INC. |
| Defendants | : | |

COMES NOW the Defendant, CARBON IQ, INC., by and through their undersigned attorney, and would show the Court:

1. They have filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Southern District of Ohio, which bears the case number 22-12076 (Exhibit A).

2. Their Chapter 11, Subchapter V petition was filed on December 7, 2022.

3. In accordance with 11 USC 362, the commencement or continuation of judicial or administrative action or proceeding against Defendant is **STAYED**.

WHEREFORE, the defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

Respectfully submitted,

*/s/ Robert A. Goering*
Robert A. Goering, #0003884
Eric W. Goering, #0061146
Attorney for Defendant
Goering & Goering LLC
220 W. 3rd Street, 3rd Floor
Cincinnati, Ohio 45202
(513) 621-0912
(513) 621-6042 fax
bob@goering-law.com
eric@goering-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by regular U.S. Mail this 7th day of December, 2022, upon:

Lindsay Gerdes
Dinsmore & Shohl
255 East 5th Street #1900
Cincinnati, OH 45202

/s/ Robert A. Goering
Robert A. Goering, #0003884

Printed on Dec 7 2022 4:21 pm

# 1:22-bk-12076 - Carbon IQ, Inc.    EXHIBIT A



United States Bankruptcy Court
Southern District of Ohio

Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 12/07/2022 at 4:17 PM and filed on 12/07/2022.

**Carbon IQ, Inc.**
PO Box 6694
Bridgewater, NJ 08807
Tax ID / EIN: 30-1218929
dba **Rumby**

The case was filed by the debtor's attorney:

**Eric W Goering**
220 West Third Street
Third Floor
Cincinnati, OH 45202
(513) 621-0912

The case was assigned case number 1:22-bk-12076.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our Internet home page http://ecf.ohsb.uscourts.gov/ or at the Clerk's Office, 221 East Fourth Street, Suite 800, Cincinnati, OH 45202-4133.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Richard B. Jones
Clerk, U.S. Bankruptcy Court

| PACER Service Center | |
|---|---|
| Receipt: | 12/07/2022 16:21:51 |
| User: | goering0104 |
| Client: | |
| Description: | Notice of Filing |